**APPLICANT**     **AARON JAMES HALL**     **APPLICATION NO. WR-67,701-05**

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

### ACTION TAKEN

**DENIED WITHOUT WRITTEN ORDER ON FINDINGS OF TRIAL COURT WITHOUT HEARING.**

JUDGE _____     DATE